IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                           No. CR 10-116 BDB

HAROLD WELLS,

      Defendant.

## ORDER DENYING IN PART AND GRANTING IN PART MOTION FOR ACQUITTAL

A Memorandum Opinion having been filed in this case, it is hereby ORDERED that Defendant's Motion for Acquittal [doc. 253] be, and hereby is, DENIED except as to Count 5, as to which the motion is GRANTED.

Dated this 22nd day of August, 2011.

_____
BRUCE D. BLACK
Chief Judge, District of New Mexico
Sitting by Designation