**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

March 26, 2012

Douglas E. Cressler
Chief Deputy Clerk

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   **11-5162, United States v. Wells**
District docket: 4:10-CR-00116-BDB-1

Dear Clerk:

Our records indicate that this court has not received a notification that the record is complete for purposes of appeal.

The district clerk is requested to transmit notice that the record is complete **forthwith**.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Jane Duke
Patricia S. Harris
Patrick Harris
William Dixon Lunn Jr.

EAS/ad